# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SCOTT SCHER, § | |
|    *Plaintiff*, § | |
| v. § | Civil Action No. 4:21-cv-00048 |
| § | Judge Mazzant |
| DEUTSCHE BANK TRUST COMPANY § | |
| AMERICAS, *et al.*, § | |
|    *Defendants*. § | |

## ORDER

Pending before the Court is Defendants' Unopposed Motion for Leave to File First Amended Motion for Summary Judgment and Brief in Support Thereof (Dkt. #16). Having considered the motion and the relevant pleadings, the Court finds that the motion should be, and hereby is, **GRANTED.** It is, therefore,

**ORDERED** that Defendants' First Amended Motion for Summary Judgment and Brief in Support Thereof (Dkt. #17) is deemed filed.

   IT IS SO ORDERED.

   SIGNED this 7th day of October, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE