IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SCOTT SCHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-48 |
| | § | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, ET AL., | § § § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Came on to be considered in the above-referenced matter, the *Joint Stipulation of Dismissal Without Prejudice* (the "Stipulation") filed by Plaintiff Scott Scher ("Plaintiff"), Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS14 (incorrectly named Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc.), and PHH Mortgage Corporation (together, "Defendants") (altogether, the "Parties"). Upon consideration, the Court is of the opinion that the Stipulation is well-taken and should be accepted and granted.

It is THEREFORE ORDERED that the Stipulation is ACCEPTED and GRANTED.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (ii), all claims set forth in the live pleadings in this matter, *Plaintiff's First Amended Original Petition and Verified Request for Temporary Restraining Order* and *Defendants' Second Amended*

*Answer and Counterclaim*, including any and all claims by and against Plaintiff, Defendants, and Rhonda Sexton are DISMISSED WITHOUT PREJUDICE.

All costs are taxed against the party which incurred them.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 1st day of February, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE